## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| TRACY WALKER | : | |
| | | CASE NO. 2:06-CV-863 |
| Plaintiff, | : | |
| | | JUDGE GRAHAM |
| v. | : | |
| | | MAGISTRATE JUDGE KEMP |
| DOLGENCORP, INC. | : | |
| | | |
| Defendant. | : | |

### STIPULATED DISMISSAL WITH PREJUDICE

Now come the parties and hereby agree to a stipulated dismissal with prejudice of all

claims in the above-styled case, each party's costs to be borne by that party.  In addition,

Defendant agrees to the immediate Withdrawal of its Motion to Compel so as to bring all matters

in the case to termination.


Respectfully Submitted,


s/ Gary A. Reeve                         /s/ Jennifer S. Rusie
Gary A. Reeve (0064872)                  Jennifer S. Rusie (Ohio Bar # 0076735)
Kennedy Reeve & Knoll                    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
98 Hamilton Park                         424 Church St., Suite 800
Columbus, Ohio  43203                    Nashville, TN  37219
(614) 228-2050                           (615)254-1900